**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Dameyon Antoine NEWTON,
Defendant-Appellant**

No. 16-11768
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 30, 2018

Kathryn Rumsey, James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attor-

---

ney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

William Reynolds Biggs, Fort Worth, TX, for Defendant-Appellant

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Dameyon Antoine Newton pleaded guilty of conspiracy to possess with intent to distribute a controlled substance, and he was sentenced within the guidelines range to a statutory-maximum 240-month term of imprisonment and to a three-year period of supervised release. In this appeal, Newton contends that the district court erred in overruling his objection to adjustment of his guidelines offense level by two levels pursuant to U.S.S.G. § 3B1.1(c) because he was an organizer, leader, manager, or supervisor of criminal activity.

The district court's finding that Newton was an organizer, leader, manager, or supervisor in the drug conspiracy was plausible and was not clearly erroneous. *See United States v. Ochoa-Gomez*, 777 F.3d 278, 281-82 (5th Cir. 2015). The record reflects that Newton exercised management responsibility over property, assets, or activities of the drug conspiracy. *See* § 3B1.1, comment. (n.2); *Ochoa-Gomez*, 777 F.3d at 283-84. The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.